Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17–26280–MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Philip Ali
   727 Doris Terrace
   Neptune, NJ 07753

Social Security No.:
   xxx–xx–9723

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/20/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 20, 2017
JAN: wir

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-26280-MBK
Philip Ali                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 20, 2017
                              Form ID: 148             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
db          +Philip Ali,   727 Doris Terrace,   Neptune, NJ 07753-2854
cr          +Panatte, LLC,   c/o Stern & Eisenberg PC,   1040 N. Kings Highway,   Suite 407,
             Cherry Hill, NJ 08034-1925
516996609   +Andrews Federal Credit Union,   5711 Allentown Road,   Suitland, MD 20746-4547
516996612   +Ditech,   c/o McCabe, Weisberg & Conway,   216 Haddon Avenue, Suite 201,
             Collingswood, NJ 08108-2818
517207559   +Panatte, LLC,   228 Park Avene South #67157,   New York, NY 10003-1502
516996613   +Sovereign Bank, N.A.,   7 Plymouth Court,   Bordentown, NJ 08505-3124
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2017 22:39:45      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2017 22:39:43      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516996610    EDI: CBSAAFES.COM Dec 20 2017 22:23:00     Army Airforce Exchange,
             3911 S. Walton Walker Boulevard,   Dallas, TX 75236
516996611    EDI: CHASE.COM Dec 20 2017 22:23:00     Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
517085465    E-mail/Text: bankruptcy.bnc@ditech.com Dec 20 2017 22:39:32
             Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
517182454    EDI: PRA.COM Dec 20 2017 22:23:00     Portfolio Recovery Associates, LLC,
             c/o The Home Depot Consumer,   POB 41067,   Norfolk VA 23541
516996614    EDI: CITICORP.COM Dec 20 2017 22:23:00     THD/CBNA,   PO Box 6497,
             Sioux Falls, SD 57117-6497
517048557    EDI: WFFC.COM Dec 20 2017 22:23:00     Wells Fargo Bank, N.A., d/b/a WFDS,   P.O. Box 19657,
             Irvine, CA 92623-9657
516996615    EDI: WFFC.COM Dec 20 2017 22:23:00     Wells Fargo Dealer Services,   PO box 25341,
             Santa Ana, CA 92799-5341
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517058250       Gloria Ali
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Philip   Ali jenkins.clayman@verizon.net
              Jeffrey E. Jenkins    on behalf of Debtor Philip   Ali jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              Stephanie F. Ritigstein    on behalf of Debtor Philip   Ali jenkins.clayman@verizon.net
              Steven P. Kelly    on behalf of Creditor    Panatte, LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7